IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY

NOV 15 2005

AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 05cr10027-T |
| COLLIS PAUL LANCASTER, | ) ) ) |
| Defendant. | ) |

## UNITED STATES' MOTION TO CONTINUE SETTING DATE

COMES NOW, the United States of America, by and through Lawrence Laurenzi, Acting United States Attorney, and James W. Powell, Assistant United States Attorney for the Western District of Tennessee, and moves this Honorable Court as follows:

The defendant, Collis Paul Lancaster, upon motion of defense counsel, has been re-scheduled for sentencing to November 30, 2005 at 8:30 a.m. Counsel for the government responsible for the prosecution of this case has previously received notice from the Court of Appeals that oral argument has been scheduled for that date.

Movant has not had the opportunity to discuss the filing of this motion with Ms. M. Dianne Smothers, counsel for the defendant, as of the filing of this motion.

THEREFORE, for the grounds set forth above, the government respectfully requests that the scheduled sentencing hearing date be reset.

Respectfully submitted,

**MOTION GRANTED**
DATE: _16 Nov. 2005_

_____
James D. Todd
U.S. District Judge

LAWRENCE LAURENZI
Acting United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  11-21-05

*[signature]*

JAMES W. POWELL
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
Tennessee Bar No. 9614

## CERTIFICATE OF SERVICE

I, James W. Powell, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing has been delivered to Ms. M. Dianne Smothers, Counsel for the defendant, 109 South Highland, B-8, Jackson, Tennessee, 38301, this 16th day of November 2005.

*[signature]*

James W. Powell
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:05-CR-10027 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT