IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | | |
| v. | * | CR. NO. 05-10027-T |
| | | |
| COLLIS PAUL LANCASTER | * | |
| Defendant. | * | |

## MOTION TO CONTINUE SENTENCING

Comes now Defendant by and through counsel and Moves this Honorable Court that the sentencing date presently set for Thursday, December 22, 2005 be continued. In support of this motion Defendant would state:

1. The pre sentence report received by defense counsel recommends that Defendant be sentenced both as an 'armed career criminal' and also as a 'career offender'. Defense counsel is attempting to obtain further documentation regarding the out of state convictions which are the basis for such recommendation.

2. Defense counsel has not yet received all the relevant documentation regarding such convictions and is in need of additional time in which to obtain and review such material prior to filing Defendant's response to the pre sentence report.

3. Defense counsel has consulted with government counsel regarding the motion and relief requested and there is no opposition to the relief requested.

Premises considered, Defendant moves that the sentencing date be continued for a period of at least 45 days for the grounds set forth above.

Respectfully submitted, this the 21 day of Dec. 2005.

**MOTION GRANTED**
DATE: 21 Dec 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-28-05

*[signature]*
M. Dianne Smothers [011874]
Assistant Federal Defender
109 S. Highland Ave., Rm. B-8
Jackson, TN 38301
Phone: (731)427-2556

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was served upon all interested parties by either hand delivery or by mailing same, postage prepaid to the following:

Mr. James Powell
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee, 38301

This the 21 day of Dec, 2005.

*[signature]*
M. Dianne Smothers

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:05-CR-10027 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT